UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| APPROVED SCIENCE, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:25-cv-01380-MTS |
| ) | |
| PELICAN VITAMINS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. The following Defendants have neither appeared, nor have Plaintiffs filed proof of service upon them: (1) Pelican Vitamins, LLC; (2) Pharmagetics, LLC; (3) Romeo Health, LLC; (4) John Pelicano; (5) Gian Scannella; and (6) Defendants "DOES 1 to 10, inclusive." Pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within ninety days after the complaint is filed, the Court "must dismiss the action without prejudice against that defendant" or "order that service be made within a specified time." Fed. R. Civ. P. 4(m). Plaintiffs initiated this action on September 12, 2025, approximately 132 days ago. Doc. [1]. Because it appears that service on the above Defendants has not been completed, the Court will order the Plaintiffs to serve them within a specified time.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Thursday**, **January 29, 2026**, Plaintiffs must serve Defendant Pelican Vitamins, LLC; Defendant Pharmagetics, LLC;

- 2 -

Defendant Romeo Health, LLC; Defendant John Pelicano; Defendant Gian Scannella; and Defendants "DOES 1 to 10, inclusive," and file proof of such service.

**IT IS FURTHER ORDERED** that the failure to serve or file proof of service for any one of the above Defendants by **Thursday**, **January 29, 2026**, will result in dismissal of the action against that Defendant without prejudice and without further notice.

Dated this 22nd day of January 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE